IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| LINDA DE FRANCE<br><br>Plaintiff,<br><br>v.<br><br>WESTERN WORLD INSURANCE COMPANY, INC.; R. WEED SPRAYING, LLC, P. WEED SPRAYING, LLC, and JOHN DOES 1-10,<br><br>Defendants. | Cause No: CV-16-57-BU-BMM<br><br>**ORDER GRANTING UNOPPOSED MOTION TO DISMISS WESTERN WORLD INSURANCE COMPANY, INC. WITHOUT PREJUDICE** |

Plaintiff has moved to dismiss her declaratory judgment action against Defendant Western World Insurance Company, Inc. WITHOUT PREJUDICE. The Parties have all agreed. Accordingly, Plaintiff's Motion is GRANTED, Defendant Western World Insurance Company, Inc. is DISMISSED WITHOUT PREJUDICE, each party to bear its own fees and costs.

The hearing scheduled for April 19, 2017 on Defendant Western World Insurance Company Inc.'s Motion to Dismiss and any other deadlines

applying to Defendant Western World Insurance Company Inc. Is hereby VACATED.

The Preliminary Pretrial Conference scheduled for 2:00 p.m. on April 19, 2017 as well as all deadlines applying to Plaintiff's claims against remaining Defendants shall remain on the calendar. Counsel for Plaintiff and remaining Defendants shall appear at the Preliminary Pretrial Conference as scheduled, unless leave to appear by phone has been granted.

DATED this 18th day of April, 2017.

_____
Brian Morris
United States District Court Judge