IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| LINDA DE FRANCE<br><br>Plaintiff,<br><br>v.<br><br>R. WEED SPRAYING, LLC, P. WEED SPRAYING, LLC, and JOHN DOES 1-10,<br><br>Defendants. | Cause No: CV-16-57-BU-BMM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation for Dismissal with Prejudice, IT IS HEREBY ORDERED that the above-entitled action be dismissed on the merits, with prejudice, as fully and finally compromised, each party to pay their own fees and costs.

DATED this 27th day of February, 2018.

_____
Brian Morris
United States District Court Judge